UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

DONNA HEDGES, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

          v.

REEVES INTERNATIONAL, INC.,

          Defendant.

------------------------------------- x

No.: 1:22-cv-1111

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), DONNA HEDGES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, REEVES INTERNATIONAL, INC., with prejudice and without fees and costs.

Dated: New York, New York
       June 3, 2022

                                 **GOTTLIEB & ASSOCIATES**

                                 <u>/s/Michael A. LaBollita, Esq.</u>

                                 Michael A. LaBollita, Esq., (ML-9985)
                                 150 East 18th Street, Suite PHR
                                 New York, NY 10003
                                 Phone: (212) 228-9795
                                 Fax: (212) 982-6284
                                 Michael@Gottlieb.legal

                                 *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge
Hon. Ronnie Abrams
6/6/22